IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00214-BNB

ELLEN JUVERA-SAIZ,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
PEOPLE OF THE STATE OF COLORADO,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Ellen Juvera-Saiz, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Juvera-Saiz initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and a Notice of Intent to Sue/Motion to Extend Filing Deadline of Complaint (ECF No. 1). On January 27, 2014, Magistrate Judge Boyd N. Boland entered an order directing Ms. Juvera-Saiz to cure certain deficiencies if she wished to pursue her claims in this action. Specifically, Magistrate Judge Boland directed Ms. Juvera-Saiz to file a Prisoner Complaint and to submit in support of the 28 U.S.C. § 1915 motion a certified copy of her inmate trust fund account statement and an authorization to calculate and disburse filing fee payments. Ms. Juvera-Saiz was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

    On February 19, 2014, Ms. Juvera-Saiz submitted a copy of her inmate trust fund

account statement that is not certified by a prison official and a letter in which she states that a Prisoner Complaint will follow shortly. Ms. Juvera-Saiz has not submitted the Prisoner Complaint within the time allowed and has failed to cure the other deficiencies because the account statement is not certified by a prison official as required pursuant to 28 U.S.C. § 1915(a)(2) and she has not submitted an authorization to calculate and disburse filing fee payments. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Juvera-Saiz failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied as moot.

DATED at Denver, Colorado, this 10th day of March, 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court