IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00214-LTB

ELLEN JUVERA-SAIZ,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
PEOPLE OF THE STATE OF COLORADO,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of March, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/T.Lee
                        Deputy Clerk